# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SHERMAN HOLMES, | : | Case No. 3:22-cv-00364 |
| | : | |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| DEPARTMENT OF VETERANS AFFAIRS, | : | |
| | : | |
| | : | |
| Defendant. | | |

## NOTICE TO PRO SE PLAINTIFF OF DISPOSITIVE MOTION

You are hereby notified that Defendant Department of Veterans Affairs filed a Motion to Dismiss on February 28, 2024. (Doc. No. 14.) This is a motion that asks the Court to immediately resolve the case in Defendant's favor, without the need for a trial. You should soon receive a copy of that Motion directly from Defendant.

**You must file your Response to Defendant's Motion no later than March 25, 2024.** If circumstances beyond your control, such as delays in the prison mail system, prevent you from meeting the filing deadline, you must **IMMEDIATELY** file a brief motion explaining the circumstances and requesting an extension of time.

Your Response and any other filings in this case must include a certificate confirming that they have been served on *all* parties in the case. Please review and become familiar with the Federal Rules of Civil Procedure, the Court's Local Rules, and *A Guide for Pro Se Civil Litigants: Representing Yourself in the United States District*

*Court for the Southern District of Ohio*. These materials are available on the Court's website (www.ohsd.uscourts.gov).

**If you fail to file a timely response, Defendant's Motion may be granted and your case dismissed**.

Additionally, you are advised that you must promptly inform the Clerk of Court of any changes of address during the pendency of this case. Failure to do so may result in dismissal of this case for failure to prosecute.

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge