UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHERMAN HOLMES,

    Plaintiff,                             Case No. 3:22-cv-364

vs.

MERIT SYSTEM PROTECTION          District Judge Michael J. Newman,
BOARD,[1]                                    Magistrate Judge Caroline H. Gentry

    Defendant.

_____

### ORDER SETTING A DEADLINE OF JUNE 21, 2024 FOR DEFENDANT TO FILE A RENEWED MOTION TO DISMISS, IF ANY
_____

This is a civil case in which *pro se* Plaintiff Sherman Holmes seeks review of a Final Order issued by the Merit Systems Protection Board ("MSPB"). Doc. No. 18. Plaintiff named the Department of Veterans Affairs as Defendant. *Id.* This case is before the Court on Plaintiff's amended complaint. *Id.* To ensure the efficient resolution of the issues already addressed in a previous motion to dismiss (Doc. No. 14), the deadline for Defendant to file a renewed motion to dismiss, if any, is **June 21, 2024**.

    **IT IS SO ORDERED.**

     June 5, 2024                                                  s/Michael J. Newman
                                                                           Hon. Michael J. Newman
                                                                           United States District Judge

---

[1] This case lists the Merit System Protection Board as the Defendant on the docket. However, Plaintiff submitted an Amended Petition clarifying that the Department of Veterans affairs is the Defendant in this case. Doc. No. 6. Thus, the only remaining Defendant in this case is the Department of Veterans Affairs.